IN THE MATTER OF THE PETITION OF SOUTH LAKE-WOOD WATER COMPANY, *ETC.*

BRICK TOWNSHIP MUNICIPAL UTILITIES AUTHORITY v. SOUTH LAKEWOOD WATER COMPANY.

October 5, 1971. Petition for Certification granted. (See 115 *N. J. Super.* 352).

STATE OF NEW JERSEY v. EDWARD LAFER, JR.

October 5, 1971. Petition for Certification denied.

WILLIAM VLADAR v. TENNECO CHEMICALS, INC.

October 5, 1971. Petition for Certification denied.

RUSSELL POSYTON, *ET AL.*, v. BERNARD BREZINA, JR., *ET AL.*

October 5, 1971. Petition for Certification denied.

STATE OF NEW JERSEY v. PATRICK PUCCIARELLO.

October 5, 1971. Petition for Certification denied.

STATE OF NEW JERSEY v. ROBERT JAMES BURKE.

October 5, 1971. Petition for Certification denied.